AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the premises and devices located at<br>1945 N. Rock Rd., Apt 1605, Wichita, Kansas<br>as further described in Attachment A | )<br>)<br>)  Case No.   21-M-6181-01-KGG<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Kansas _____
*(identify the person or describe the property to be searched and give its location)*:

the premises and devices located at 1945 N. Rock Rd., Apt 1605, Wichita, Kansas as further described in Attachment A,

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

YOU ARE COMMANDED to execute this warrant on or before  Nov. 18, 2021  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ the Honorable Kenneth G. Gale _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Nov. 4, 2021 1600           _____/s/_____
                                                  *Judge's signature*

City and state: Wichita, KS                       The Honorable Kenneth G. Gale, US Magistrate Judge
                                                  *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 21-M-6181-01-KGG | Date and time warrant executed: 08 NOV 21, 0700 | Copy of warrant and inventory left with: RESIDENCE |
|---|---|---|

Inventory made in the presence of: SA ADAM CHRISTUDOSS ; SA JORDAN HOLCOMBE

Inventory of the property taken and name of any person(s) seized:
INVENTORY ATTACHED. COPY OF INVENTORY LEFT WITH BRADLEY WILEY AT RESIDENCE.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09 NOV 21

*Executing officer's signature*

ADAM CHRISTUDOSS, SPECIAL AGENT
*Printed name and title*

1 OF 2

# UNITED STATES DEPT OF DEFENSE
## CRIMINAL INVESTIGATION
Receipt for Property    Received / Returned / Released / Seized

Case #: 35638212451603

| | |
|---|---|
| On (date) | 08 Nov 2021 |
| (Name) | SUBJECT: Bradley Wiley |
| (Street Address) | 1945 N Rock Rd, Apt 1605, Wichita, KS |
| (Owner Contact) | |
| (Desired Disposition) | Return to Owner |
| | *This disposition is not guaranteed* |

## Description of Item(s):

| | | |
|---|---|---|
| SUBJECT Phone | 6Y6D1 | One Samsung Galaxy S21 Ultra 5G, model number SM-G998U, serial number R3CR50MBTPZ with black Samsung case with stylus |
| Fire TV Stick | 422U7 | One Amazon Firestick, model number E9L29Y, marked KSP 8 Nov 21, with removable power cord marked KSP 8 Nov 21; one removable HDMI cord marked KSP 8 Nov 21; one charging brick marked KSP 8 Nov 21 |
| Roku | JYD7W | One Roku TV stick, model number 3811X, serial number 25505HO26O33; one HDMI extension cord marked KSP 8 Nov 21; one charging brick marked KSP 8 Nov 21; one Roku cord model number WR001, marked KSP 8 Nov 21 |
| Router | FYA5T | One Arris router, model number TG1682G, serial number 81B2C26C2C47191, with one removable power cord marked RH 08 Nov 21 |
| PS2 Memory Card | AP5AT | One black Sony Playstation 2 8GB memory card marked RH 08 Nov 21 |
| Thumbdrive | DN2AJ | One "A&FRC" 2GB thumbdrive, marked KSP on one side and 8 Nov 21 on the opposite. |
| SD Card | TFFK0 | One black Kingston 32GB micro sd card, serial number 1828B339617 |
| Playstation 4 | KFG8B | One black Sony PlayStation 4, model number CUH-2115B, serial number MD625714214; one power cord marked KSP 8 Nov 21; one black PS4 controller model number CUH-ZCT2U, marked KSP 8 Nov 21; one PS4 controller charging cable marked KSP 8 Nov 21 |
| BJU Thumbdrive | NB7DW | One black and silver thumbdrive, with white lettering "Bob Jones University" on one side and www.bju.edu on the opposite. Marked RH 08 Nov 21 |
| Kodak Camera | 6AYFQ | One Kodak EasyShare C195 camera, serial number KCGNA30519189 with one SanDisk Ultra 8GB sd card, serial number BI1019916014G |
| Tablet | TY6T2 | One black Amazon tablet, model number M8S26G, marked KSP 8 Nov 21 |
| HP Laptop | Q4BA2 | One black HP laptop, serial number 5CD4469HKS, model number 15T111DX; one battery, model number HSTNN-IB6R, marked RH 08 Nov 21; one charging cord HP part number 740015-002, marked RH 08 Nov 21 |
| Camera | WP19H | One black Sercomm camera, model number iCamera2, serial number 1809AXN030362; one removable ethernet cable marked KSP 8 Nov 21 |

2 of 2